IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINELLI, JR., <br>     Plaintiff, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No.: 13-cv-6478 |
| FRED BEANS COLLISION OF <br> BOYERTOWN, et. al., <br>     Defendants. | : <br> : <br> : | |

ORDER

AND NOW, this 9th day of April, 2014, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated March 25, 2014, and any objections filed thereto, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's "Motion to Enforce Oral Settlement Agreement" (Doc. No. 11) is **DENIED as moot**.

BY THE COURT:

_____
C. DARNELL JONES, J.